**TEARMAN SPENCER**
City Attorney

**ODALO J. OHIKU**
**ROBIN A. PEDERSON**
**S. TODD FARRIS**
**JENNIFER L. WILLIAMS**
Deputy City Attorneys




Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

**HEIDI WICK SPOERL**
**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**PETER J. BLOCK**
**PATRICK J. MCCLAIN**
**HANNAH R. JAHN**
**JULIE P. WILSON**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**ALEXANDER T. MUELLER**
**ALEXANDER D. COSSI**
**LISA A. GILMORE**
**KATHERINE A. HEADLEY**
**L. ANTHONY JACKSON**
**STACY J. MILLER**
**MICHAEL C. RADAVICH**
**JORDAN M. SCHETTLE**
**THERESA A. MONTAG**
**ALEXANDER E. FOUNDOS**
**TRAVIS J. GRESHAM**
**KYLE W. BAILEY**
**JOSEPH M. DOBBS**
**WILLIAM K. HOTCHKISS**
**CLINT B. MUCHE**
**JOANNA FRACZEK**
Assistant City Attorneys

November 17, 2023

Clerk of Courts
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: *Paulette Laster, individually and as the personal representative of the Estate of Myles Elliot Laster v. City of Milwaukee, et. al.*
Case No. 23-CV-001030

Dear Clerk:

Enclosed, please find copies of our Notice of Appearance, and Consent to Removal for Brandon Gatson. These documents have been electronically filed with the federal court today.

Thank you for your attention to the above.

Very truly yours,

**s/William Hotchkiss**
WILLIAM HOTCHKISS
Assistant City Attorney

WH/mcl

Enclosures

c: Hon. Kristy Yang (w/enc.)
Attorney B'Ivory LaMarr (w/enc.)

1032-2023-1130.001:288573

