# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Paulette Laster,

                Plaintiff,     Case No. 23-cv-01030

v.

                             **MINUTE SHEET**

City of Milwaukee, et al.,

                Defendant.

---

**Hon. Nancy Joseph, presiding.**        **Deputy Clerk:** Evan R.

**Type of Proceeding:** MOTION HEARING

**Date:** September 5, 2024, at 10:00 am    **Court Reporter:** Zoom Audio

**Time Commenced:** 10:02 am        **Time Concluded:** 10:24 am

**Appearances:**    **Plaintiff:**    B'Ivory LaMarr

                      **Defendant:**  William Hotchkiss

**Comments:**

The Court discusses the pending Motion to Compel (Docket #33) with the parties.
The Court GRANTS the Motion to Compel.
The Court designates the Standard Operating Instruction (SOI) at issue as attorneys' eyes only.
Defendant is to turn over the SOI by September 9, 2024.
The Court orders the parties to confer as to attorney's fees and submit a status report by September 27, 2024.
If no agreement is reached, Plaintiff may file their Motion for Attorney's Fees by September 27, 2024.
Defendants to respond to the Motion for Attorney's Fees by October 11, 2024.

To accommodate the briefing as to the Motion for Attorney's Fees, the Court amends the Scheduling Order as follows:
Discovery to be done by September 30, 2024.
Dispositive Motions to be filed by October 11, 2024.
All other deadlines remain as previously ordered.