UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAULETTE LASTER, individually and as
the personal representative of the Estate of
MYLES ELLIOT LASTER,

    Plaintiff,

v.     Case No.: 23-CV-1030

CITY OF MILWAUKEE, BRANDON A. GATSON,
and TIMEKA R. PARKER,

    Defendants.

## ORDER GRANTING ATTORNEY'S FEES FOR MOTION TO COMPEL

Upon consideration of the joint statement submitted by the parties regarding the attorney's fees related to Plaintiff's Motion to Compel, and the Court being duly advised,

**IT IS HEREBY ORDERED** that:

1. The Plaintiff's request for attorney's fees is **GRANTED**.

2. The Defendants are hereby ordered to pay attorney's fees in the amount of $3,165.00 to the Plaintiff in connection with Plaintiff's Motion to Compel.

Dated at Milwaukee, Wisconsin, this 1st day of October, 2024.

BY THE COURT

*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge